No. 23-01872

_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

_____

**NICHOLAS SOMBERG**,

*Plaintiff-Appellant*

**KAREN D. McDONALD**,

In Her Official Capacity,

*Defendant-Appellee*

On Appeal From the United States District Court
for the Eastern District of Michigan—Southern Division
The Hon. Gershwin A. Drain, United States District Court Judge

_____

**MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE SOCIETY OF PROFESSIONAL JOURNALISTS AND THE NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION IN SUPPORT OF APPELLANT URGING REVERSAL**

_____

*/s/ Andrew Geronimo*
ANDREW GERONIMO (OH# 86630)
andrew.geronimo@case.edu
*/s/ Sara E. Coulter*
SARA E. COULTER (OH# 96793)
sara.coulter@case.edu
*/s/ Siobhan Gerber*
SIOBHAN GERBER (OH# 101563)
siobhan.gerber@case.edu

**First Amendment Clinic**
MILTON & CHARLOTTE KRAMER LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-2766

*Counsel for Amicus Curiae*

1

Pursuant to Federal Rule of Appellate Procedure 29(a), the Society of Professional Journalists ("SPJ") and the National Press Photographers Association ("NPPA") respectfully move this Court for leave to file the accompanying *amicus* brief in support of Plaintiff-Appellant urging reversal of the decision below. Counsel has conferred with counsel for the parties and has been informed that Plaintiff-Appellant consents to the motion. Counsel for Defendant-Appellee has not communicated Defendant-Appellee's position on the motion.

Traditionally, *amicus curiae* "assist[s] in cases of general public interest by supplementing the efforts of private counsel and by drawing the court's attention to law that might otherwise escape consideration." *Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015). Under the Federal Rules of Appellate Procedure, a motion for leave to file an amicus brief must establish "the movant's interest" and "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). Motions for leave to file amicus briefs are appropriately granted "unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002).

The SPJ and the NPPA together represent thousands of visual journalists across the United States whose profession depends on their ability to gather and share information of public concern safely and without fear of threats or

2

intimidation by government authorities. This case implicates a fundamental constitutional right – the right to publish information that the government has itself chosen to make available – that has been reinforced by unbroken decades' worth of Supreme Court precedent. The rule at issue here puts a cloud over the rights of SPJ and NPPA members to effectively inform the public about judicial proceedings.

The proposed *amicus* brief is desirable and relevant to the disposition of Plaintiff-Appellant's appeal because it provides the Court with unique insights that can assist the Court and which the parties cannot otherwise provide. *Amici* offer this brief in hopes that the Court will seriously consider the adverse spillover effects of a broadly worded ruling that, if not carefully crafted, could extend governmental censorship authority into every living room – and every newsroom – in America.

For the foregoing reasons, the Society of Professional Journalists and the National Press Photographers Association respectfully request that the Court grant its motion to file a brief as *amicus curiae*.

Dated: January 5, 2024

Respectfully submitted,

*/s/ Andrew Geronimo*
ANDREW GERONIMO (OH# 86630)
andrew.geronimo@case.edu
*/s/ Sara E. Coulter*
SARA E. COULTER (OH# 96793)
sara.coulter@case.edu

*/s/ Siobhan Gerber*
SIOBHAN GERBER (OH# 101563)
siobhan.gerber@case.edu
**First Amendment Clinic**
MILTON & CHARLOTTE KRAMER LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-2766

**CERTIFICATE OF COMPLIANCE UNDER RULE 32(G)(1)**

The undersigned counsel certifies that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 403 words. The undersigned counsel further certifies that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman font.

Dated: January 5, 2024                    /s/ Andrew Geronimo
                                          Andrew Geronimo